# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUSTOM GHYARA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN FINANCIAL SERVICES, INC.<br>F/k/a AMERICAN EXPRESS FINANCIAL<br>ADVISORS, INC., al.,<br><br>    Defendant. | 2:06-cv-00920-BES-RJJ<br><br>**ORDER** |

Before the Court is Defendant's Motion to Dismiss The Complaint or, in the Alternative, Stay Pending Arbitration (#12), filed on August 25, 2006. Plaintiff did not file an opposition.

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Failure to follow a district court's local rules is a proper ground for dismissal. See <u>Ghazali v. Moran</u>, 46, F.3d 52, 53 (9th Cir. 1995) (per curiam) (affirming dismissal for failure to respond to a motion to dismiss).

The Court has fully considered Defendant's Motion and applicable law. Defendant has demonstrated that the Complaint should be dismissed pursuant to FRCP 12(b)(6). Good cause appearing,

///

///

1  IT IS HEREBY ORDERED that Defendant's Motion to Dismiss The Complaint or, in the
2 Alternative, Stay Pending Arbitration (#12) is GRANTED.  Accordingly, the Complaint is
3 dismissed in its entirety.

4  DATED: This 22nd day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

2